**Deborah Harrison KHATANA,**
**Plaintiff-Appellant,**

v.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**
**Defendant-Appellee,**

**and**

**Jame T. Wynn, Defendant.**

**No. 17-1357**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2017

Decided: July 24, 2017

Deborah Harrison Khatana, Appellant Pro Se. Michael Kelly Guss, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, Washington, D.C., for Appellee.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah Harrison Khatana appeals the district court's order granting summary judgment to Defendants in Khatana's employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the

appeal for the reasons stated by the district court. *Khatana v. Washington Metro. Area Transit Auth.*, No. 8:15-cv-01664-PWG, 2017 WL 749233 (D. Md. Feb. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*